# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141727(76)(78)

ESTATE OF DANIEL D. JILEK, by JOY
A. JILEK, Personal Representative,
                Plaintiff-Appellee,

v

CARLIN C. STOCKSON, M.D., and EPMG
OF MICHIGAN,
                Defendants-Appellants,

and

MAPLE URGENT CARE, d/b/a MAPLE
HEALTH BUILDING, TRINITY HEALTH-
MICHIGAN, CATHERINE MCAULEY
HEALTH CENTER, IRWIN M. LUTWIN,
CARPENTER HEALTH CARE, d/b/a
CARPENTER HEALTH CENTER, and
ROBERT E. ANDERSON,
                Defendants.
_____

SC: 141727
COA: 289488
Washtenaw CC: 05-000268-NH

On order of the Chief Justice, the motion by the Michigan Academy of Family Physicians for leave to file a brief *amicus curiae* is granted. The motion by plaintiff-appellee for extension of the time for filing her brief is considered and it is granted. Defendants-appellants may reply not later than September 30, 2011.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

Clerk